IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON DAVID YONAI,

    Petitioner,                           No. CIV S-06-1250 DFL CMK P

    vs.

MS. EVANS, et al.,

    Respondents.

_____/        <u>ORDER</u>

        Petitioner is a state prisoner proceeding pro se with this application for a writ of habeas corpus. On September 8, 2006, petitioner filed a request for immediate relief. He alleges that he needs immediate relief because his "prima facie claims are clearly obvious and deserve to be entertained on there [sic] own merits at once...." In light of the pending findings and recommendations in this case, petitioner's request is not appropriate.

        Accordingly, IT IS ORDERED THAT petitioner's request for immediate relief (doc. 11) is denied.

DATED: September 12, 2006.

                                                          **CRAIG M. KELLISON**
                                                          UNITED STATES MAGISTRATE JUDGE