IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON DAVID YONAI

    Petitioner,                           No. CIV S-06-1250 DFL CMK P

    vs.

MS. EVANS, et al.,

    Respondents.

_____/        <u>ORDER</u>

        Petitioner is a state prisoner proceeding pro se with this application for a writ of habeas corpus. On July 11, 2006, the court filed findings and recommendations recommending that this action be dismissed.

        Since that time, petitioner has filed several letters, requests and motions with the court. (Doc. 10, 13-22.) Most recently, petitioner has filed a motion for summary judgment (21) and a motion to compel (22). In light of the pending findings and recommendations and in light of the status of this case (respondents have not been served), these motions will be denied without prejudice as moot.

///

///

///

1  IT IS ORDERED that plaintiff's motion for summary judgment (doc. 21) and
2  motion to compel (doc. 22) are denied without prejudice because they are moot.

4  DATED: December 11, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE