IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON DAVID YONAI,

    Petitioner,                      No. CIV S-06-1250 DFL CMK P

    vs.

MS. EVANS, Warden, et.al.,

    Respondent.                 <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with this federal habeas petition. On July 24, 2006, the court filed findings and recommendations recommending that this petition be dismissed as duplicative. (Doc. 7.) Petitioner timely filed objections to the findings and recommendations. (Doc. 9 & 24.) After review of the objections, the court concludes that the instant federal habeas petition is not duplicative of another petition. Accordingly, the court will vacate its findings and recommendations. By order filed December 12, 2006, the court denied petitioner's motion to compel summary judgment on the grounds that the pending findings and recommendations rendered the motion moot. However, in light of the instant order, the court vacates the December 12, 2006 order (doc. 23) and will order that the motion to compel summary judgment be denied as premature because respondents have not been served with a copy of this petition.

///

1

IT IS ORDERED that:

1. The findings and recommendations filed July 11, 2006 (doc. 7) are vacated.

2. The order filed December 12, 2006 (doc. 23) is vacated.

3. Petitioner's motion to compel summary judgment (doc. 22) is denied without prejudice on the grounds that it is premature as respondents have yet to be served with a copy of petitioner's habeas application.

DATED: February 12, 2007.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE