1

2

3

4

5

6

7                             IN THE UNITED STATES DISTRICT COURT

8                          FOR THE EASTERN DISTRICT OF CALIFORNIA

9   JASON DAVID YONAI,

10              Petitioner,                    No. CIV S-06-1250 DFL CMK P

11        vs.

12   MS. EVANS, Warden, et.al.,

13              Respondent.                    <u>ORDER</u>

14   _____/

15              Petitioner is a state prisoner proceeding pro se with this federal habeas action.

16   Petitioner recently filed an amended petition and a "Motion to Compel Scope of Discovery and

17   Request for Immediate Relief." (Doc. 28.) Petitioner's motion states that his "request needs to be

18   granted at once" because his petition in the Supreme Court of California "was granted." A review of

19   the attached order from the California Supreme Court reveals that petitioner's petition No. S149683

20   was transferred to the Court of Appeal for determination of whether the petition was substantially

21   identical to a prior petition.

22              Petitioner's request for immediate relief will be denied; however it appears that

23   petitioner is asserting that his underlying habeas claim is not yet exhausted. Whether the habeas

24   claim is not exhausted is not clear. In the questions regarding exhaustion on his amended petition,

25   petitioner avers that he exhausted his claim and lists several state habeas proceedings. A review of

26   the California Supreme Court's website reveals that petitioner has filed nineteen state habeas

petitions.  Accordingly, the court orders petitioner to notify the court in writing, within thirty days of the date this order is filed, whether he has exhausted (meaning whether he has presented the exact claim raised in this habeas petition to the California Supreme Court and that the court denied his petition).  Should plaintiff fail to respond, the court will assume that he has not yet exhausted this claim in state court and will recommend dismissal for failure to exhaust.

IT IS ORDERED that:

1. Petitioner's motion to compel discovery and for immediate relief (doc. 28) is denied.

2.  Petitioner is ordered to notify the court in writing, within thirty days of the date this order is filed, whether the claim in this habeas petition is fully exhausted.  Failure to do so may result in a recommendation that this action be dismissed.

DATED:   March 2, 2007.

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

2