1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

9    JASON DAVID YONAI,

10              Petitioner,                    No. CIV S-06-1250 DFL CMK P

11         vs.

12    MS. EVANS, Warden, et.al.,

13              Respondent.              ORDER

14   _____/

15              Petitioner is a state prisoner proceeding pro se with this federal habeas petition. On

16   December 4, 2006, petitioner filed a motion for summary judgment.  On February 14, 2007, the

17   court dismissed petitioner's habeas petition with leave to file a new petition within thirty days.

18   Accordingly, the motion for summary judgment (doc. 21) is moot.

19              IT IS SO ORDERED.

20

21   DATED:   April 10, 2007.

22

23                                        _____
                                          **CRAIG M. KELLISON**
24                                        UNITED STATES MAGISTRATE JUDGE

25

26

                                        1